AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MARK LATHAN<br><br>*Plaintiff(s)*<br>v.<br>DEFINITIVE CONSULTING SERVICES LLC;<br>JUSTIN LAURER;<br>JONATHAN MATHIS;<br>and DOE 1-5<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. EDCV 16-01651 MWF (SKx)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JUSTIN LAURER
28323 SPRING CREEK WAY
MENIFEE CA 92585

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Amador, Esq.
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA 93004
(888)308-1119 ext. 11

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: August 18, 2016          /s/ J. Lam
                                *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EDCV 16-01651 MWF(SKx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JUSTIN LAURER**
was received by me on *(date)* **08-19-2016**.

☒ I personally served the summons on the individual at *(place)* **28323 SPRING CREEK WAY MENIFEE, CALIFORNIA 92585** on *(date)* **08-22-2016**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **NO FEE** for travel and $ **59.00** for services, for a total of $ **59.00**.

I declare under penalty of perjury that this information is true.

Date: **08-22-2016**

_____
Server's signature

**ERIC COKER - PROCESS SERVER #1551 / OWNER**
Printed name and title

**27070 SUN CITY BLVD.
MENIFEE, CALIFORNIA 92586**
Server's address

Additional information regarding attempted service, etc: