ROBERT AMADOR, ESQ. (State Bar #269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, California 93004
Telephone: (888)308-1119 ext. 11
Facsimile: (888)535-8267

Attorney for Plaintiff
MARK LATHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LATHAN, | Case No. 5:16-cv-01651-MWF-SK |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT |
| DEFINITIVE CONSULTING SERVICES LLC; JUSTIN LAURER; JONATHAN MATHIS; and DOE 1-5, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that plaintiff MARK LATHAN and defendants DEFINITIVE CONSULTING SERVICES LLC; JUSTIN LAURER; and JONATHAN MATHIS have reached a settlement in the above-captioned case.  Plaintiff expects the structured settlement to be consummated by January 5, 2017, at which time Plaintiff expects to file a Dismissal of the entire action with prejudice.

NOTICE OF SETTLEMENT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATE: November 4, 2016          s/Robert Amador
                                ROBERT AMADOR, ESQ. (State Bar #269168)
                                Attorney for Plaintiffs
                                Centennial Law Offices
                                9452 Telephone Rd. 156
                                Ventura, California 93004
                                (888)308-1119 ext. 11
                                (888)535-8267
                                R.Amador@centenniallawoffices.com

# CERTIFICATE OF SERVICE

I certify that on this date, November 4, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties receiving ECF notices:

Donald J. Hensel, Esq.
Attorney for Defendant DEFINITIVE CONSULTING  SERVICES LLC and JUSTIN LAURER.

I thereafter mailed a copy to the following non-ECF parties:

JONATHAN  MATHIS
28323 SPRING CREEK WAY
MENIFEE CA 92585

                 s/Robert Amador
                        ROBERT AMADOR, ESQ. (State Bar #269168)
                        Attorney for Plaintiffs
                        Centennial Law Offices
                        9452 Telephone Rd. 156
                        Ventura, California 93004
                        (888)308-1119 ext. 11
                        (888)535-8267
                        R.Amador@centenniallawoffices.com